**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
RDK NY INC,

                      Plaintiff,         **24 Civ. No. 4140 (ER) (GS)**

      -against-                     **ORDER**

COMMERCE MEDIA HOLDINGS, LLC,

                      Defendant.
-------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

The undersigned has been referred for settlement of this action by the Honorable Edgardo Ramos. (Dkt. No. 16). The parties are directed to submit a joint letter by Monday, January 13, 2025, advising the Court as to whether they are ready to discuss settlement at this time, or, in the alternative, at what stage they believe that settlement discussions will be appropriate.

     **SO ORDERED.**

DATED:    New York, New York
                December 26, 2024

                                                          The Honorable Gary Stein
                                                           United States Magistrate Judge