**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
RDK NY INC,

                                            Plaintiff,                  **24 Civ. No. 4140 (ER)**

                 -against-                             **PRE-SETTLEMENT**
                                                                           **CONFERENCE ORDER**

COMMERCE MEDIA HOLDINGS, LLC,

                                          Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, February 5, 2025 at 3:00 p.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 964 470 543#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
                January 14, 2025

                                                              The Honorable Gary Stein
                                                               United States Magistrate Judge